The Germania Life Insurance Company, Appellant, v. Peter Lynch, as Administrator, etc., of George V. Lynch, Deceased, and Peter Lynch, Individually, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Andrew Jergens Company, Respondent, v. John H. Woodbury and Woodbury-McGrath Company, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Eugene M. Travis, Appellant, v. Anthony Mascheri, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Lee A. Agnew, Respondent, v. Everett Bodine Latham, Appellant, Impleaded with the Nassau Bank of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Herbert B. Harrison, Suing in His Own Behalf and in Behalf of All Other Stockholders Similarly Situated of the Defendant The Hind & Harrison Plush Company, Appellant, v. The Hind & Harrison Plush Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Oakley Weeks, Respondent, v. Henry M. Whitehead and Others, Defendants. A. Pierre Bachman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Sarah R. Levy, Appellant, v. Ernest Levy, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Lee A. Agnew, Respondent, v. Everett Bodine Latham, Appellant, Impleaded with the Nassau Bank of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jacob Levy, Appellant, v. Joseph Green, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Estate of Emma J. Douglas, Deceased. Charles H. Dugliss, Appellant; Frederick W. Douglas, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John A. Mason, Appellant, v. Anna Matilda Mason, Respondent.— Order modified as directed in order entered, and as modified affirmed, without costs. No opinion.

Sara K. H. Edwards, Appellant, v. The Fidelity and Casualty Company of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Lillian Van Kuren Wilson, Respondent, v. John C. Wilson, Jr., Appellant.— Order modified as directed in order entered, and as modified affirmed, without costs. No opinion.

The People of the State of New York v. Thomas G. Walsh.— Motion granted,